IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cr106

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| LINDA YANELI FREGOSO-GARCIA ) | |
| ) | |

**THIS MATTER** is before the Court on the government's motion (Doc. No. 44) to unseal documents in this case, which the defendant does not oppose, except for documents relating to sentencing.

The Court finds that the need for secrecy no longer exists and no longer outweighs the public's interest in access to the documents.

**IT IS, THEREFORE, ORDERED** that the government's motion is GRANTED and documents previously filed in this case, except for Document Number 45, are UNSEALED, pending further order of the Court.

Signed: November 20, 2008

Robert J. Conrad, Jr.
Chief United States District Judge